Joan M. Cotkin (SBN 70665)
jcotkin@nossaman.com
Terry C. Leuin (SBN 105968)
tleuin@nossaman.com
NOSSAMAN LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:  213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>        Defendant. | Case No:  CV 11-08920 RGK (PLAx)<br><br>**PROOF OF SERVICE**<br><br>**RE:**<br><br>**ALETHEIA RESEARCH AND MANAGEMENT, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

The undersigned declares:

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 777 S. Figueroa Street, 34th Floor, Los Angeles, CA 90017.

  On April 24, 2012, I served the foregoing documents on parties to the within action as follows:

**(1.) APPLICATION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT;**

**(2.) DECLARATION OF JOAN M. COTKIN IN SUPPORT OF ALETHEIA'S APPLICATION TO FILE UNDER SEAL ITS MSJ;**

**(3.) [PROPOSED] ORDER ON ALETHEIA'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT;**

**(4.) ALTHEIA RESEARCH & MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT [UNREDACTED];**

**(5.) STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

**(6.) DECLARATION OF JOAN M. COTKIN IN SUPPORT OF MSJ;**

**(7.) [PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT**

**(8) PROOF OF SERVICE**

☒  (By U.S. Mail)  On the same date, at my said place of business, an original enclosed in a sealed envelope, addressed as shown on the attached service list  was placed for collection and mailing following the usual business practice of my said employer.  I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at Los Angeles, California.

☐  (By Overnight Service)  I served a true and correct copy by overnight delivery service for delivery on the next business day.  Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier

1    or driver authorized to receive documents on its behalf; with delivery fees paid or
2    provided for; addressed as shown on the accompanying service list.

3    ☒   (By Electronic Service)  By emailing true and correct copies to the persons at the
     electronic notification address(es) shown on the accompanying service list.  The
4    document(s) was/were served electronically and the transmission was reported as
     complete and without error.

5        SEDGWICK LLP
6        MARTIN J. O'LEARY
         BRIAN D. HARRISON
7        VEENA A. MITCHELL
         333 Bush Street, 30th Floor
8        San Francisco, CA 94104

9    Executed on April 24, 2012.

10   ☐   (STATE)  I declare under penalty of perjury under the laws of the State of
         California that the foregoing is true and correct.
11

12   ☒   (FEDERAL)  I declare under penalty of perjury under the laws of the United States
         of America that the foregoing is true and correct.
13

14

15        Jessica Vargas

16

17

18

19

20

21

22

23

24

25

26

27

28