SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>PLAINTIFF(S)<br>v.<br>ALETHEIA RESEARCH & MANAGEMENT, INC.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 11-08920 RGK (PLAx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Unredacted versions of Federal's Response to Defendant's Separate Statement, Federal's Objections to Evidence Submitted by Aletheia, Declaration of K. West in Support of Federal's Opposition, Declaration of B. Harrison in Support of Federal's Ex Parte Application to File Under Seal; Federal's Ex Parte Application to File Documents Under Seal; [Proposed] Order re: Federal's Ex Parte Application to File Under Seal; Proof of Service

**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑  Other  Response to separate statement, objections to evidence, and declaration containing confidential information; ex parte application to file opposition under seal, declaration in support, and proposed order; proof of service

**Reason:**

☑  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required (*reason*):

| | |
|---|---|
| May 14, 2012<br>Date | s/ Brian D. Harrison<br>Attorney Name<br><br>Federal Insurance Company<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)              **NOTICE OF MANUAL FILING**