SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  martin.o'leary@sedgwicklaw.com
        brian.harrison@sedgwicklaw.com
        veena.mitchell@sedgwicklaw.com

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO.  CV 11-08920 RGK (PLAx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

WHEREAS Defendant Aletheia Research & Management, Inc.'s Motion for Summary Judgment came on regularly for hearing before this Court on June 4, 2012, and having considered the papers filed in connection with the motion, and argument of counsel, and good cause appearing therefor, the Court finds that Defendant is not entitled to summary judgment as a matter of law.

IT IS THEREFORE ORDERED THAT Defendant's motion for summary

/ / /

/ / /

/ / /

1  judgment is hereby DENIED.

2  Dated: _____, 2012    _____
3                                  Honorable R. Gary Klausner
                                   United States District Judge