SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 11-08920 RGK (PLAx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Federal's Opposition to Defendant's Motion for Summary Judgment [UNREDACTED]; Federal's Ex Parte Application to File Documents Under Seal; Declaration of B. Harrison in Support of Federal's Ex Parte Application to File Under Seal [UNREDACTED]; [Proposed] Order re: Federal's Ex Parte Application to File Under Seal; Proofs of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Opposition containing confidential information; ex parte application to file opposition under seal, declaration in support, and proposed order; proofs of service

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| May 15, 2012<br>Date | s/ Brian D. Harrison<br>Attorney Name<br><br>Federal Insurance Company<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    **NOTICE OF MANUAL FILING**