1  Joan M. Cotkin (CA 70665)
2  Terry C. Leuin (CA 105968)
   NOSSAMAN LLP
3  777 S. Figueroa Street, 34th Floor
4  Los Angeles, CA 90017
   Tel: 213.612.7800/Fax: 213.612.7801
5  Email: jcotkin@nossaman.com
6  Email: tleuin@nossaman.com
   Attorneys for Defendant
7  ALETHEIA RESEARCH AND MANAGEMENT, INC.

8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11 | FEDERAL INSURANCE COMPANY, | Case No. CV 11-08920 RGK
12 | an Indiana corporation,     | (PLAx)
   |          Plaintiff,         |
13 |     vs.                     | DEFENDANT'S REQUEST FOR LEAVE
   |                             | TO FILE EXTRA PAGES IN ITS
14 |                             | MEMORANDUM OF POINTS AND
15 | ALETHEIA RESEARCH AND       | AUTHORITIES IN SUPPORT OF ITS
   | MANAGEMENT, INC.,           | MOTION FOR SUMMARY JUDGMENT
16 |          Defendant.         |

17

18                               Date:     June 4, 2012
                                 Time:     9:00 a.m.
19                               Crt Rm:   850, Roybal Building

20
21
22
23
24
25
26
27
28

423298_1.DOC

1  The Opposition filed by Federal Insurance Company ("Federal") includes a
2  reference that Aletheia Research and Management, Inc.'s memorandum in support of its
3  motion, while within the general 25 page limit set forth in Local Rule 11-6, was three
4  pages over the 20 page limit set forth in this Court's Standing Order. Thus, Aletheia does
5  apologize for that oversight and requests this Court's leave to permit and consider the last
6  few pages of argument and authority.
7  This Request is based on the complex discussion of the law necessary in the
8  memorandum in support of Aletheia's motion for summary judgment as Federal's claims
9  of no coverage were largely undefined but apparently based on its own interpretation of
10 its policy and case law developed over a significant period of time, requiring a detailed
11 discussion of the relevant principles applicable to interpretation of the Federal policy and
12 related case law. Therefore, Aletheia respectfully requests that the Court consider its
13 entire brief including the last few pages which exceed the limit set forth in the Standing
14 Order.
15 Aletheia's Reply will address the merits of the Federal Opposition and request for
16 a continuance pursuant to F.R.Civ. P. Rule 56(d), all within the limits of the Standing
17 Order.

19 Dated: May 16, 2012               Respectfully submitted,
20                                    NOSSAMAN, LLP

22                                    By_____/s/_____
23                                          JOAN M. COTKIN
                                            TERRY C. LEUIN
24                                    Attorneys for Defendant ALETHEIA
25                                    RESEARCH AND MANAGEMENT INC.

i

**REQUEST FOR LEAVE TO FILE EXTRA PAGES IN MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF ALETHEIA'S MOTION FOR SUMMARY JUDGMENT**