SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: martin.o'leary@sedgwicklaw.com
       brian.harrison@sedgwicklaw.com
       veena.mitchell@sedgwicklaw.com

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 11-08920 RGK (PLAx)<br><br>PROOF OF SERVICE<br><br>RE: FEDERAL INSURANCE COMPANY'S OPPOSITION TO ALETHEIA RESEARCH & MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, California 94104. On May 14, 2012, I served the within documents:

**FEDERAL INSURANCE COMPANY'S OBJECTIONS TO EVIDENCE SUBMITTED BY ALETHEIA RESEARCH & MANAGEMENT, INC. IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [UNREDACTED VERSION]**

**FEDERAL INSURANCE COMPANY'S RESPONSE TO DEFENDANT'S SEPARATE STATEMENT OF**

-1-

| | |
|---|---|
| 1 | UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW, AND STATEMENT OF ADDITIONAL UNCONTROVERTED FACTS [UNREDACTED VERSION] |
| 2 | |
| 3 | DECLARATION OF KENNETH M. WEST IN SUPPORT OF FEDERAL INSURANCE COMPANY'S OPPOSITION TO DEFENDANT ALETHEIA RESEARCH AND MANAGEMENT'S MOTION FOR SUMMARY JUDGMENT [UNREDACTED VERSION] |
| 4 | |
| 5 | |
| 6 | FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL |
| 7 | |
| 8 | DECLARATION OF BRIAN D. HARRISON IN SUPPORT OF FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL [UNREDACTED VERSION] |
| 9 | |
| 10 | [PROPOSED] ORDER ON PLAINTIFF FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL |

11  ☐ **FACSIMILE** – by transmitting via facsimile the document listed above to the fax numbers set forth on the attached Telecommunications Cover Page on this date before 5:00 p.m.

12

13

14  ☒ **MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

15

16  ☒ **ELECTRONIC MAIL** – by emailing the document listed above to the parties set forth below.

17  ☐ **PERSONAL SERVICE** – by personally delivering the document listed above to the persons at the addresses set forth below.

18

19  ☐ **OVERNIGHT COURIER** – by placing the document listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the persons at the addresses set forth below via Federal Express.

20

21  Joan M. Cotkin, Esq.   *Attorneys for Plaintiff*
    jcotkin@nossaman.com
22  Terry C. Leuin, Esq.   T : (213) 612-7800
    tleuin@nossaman.com    F : (213) 612-7801
23  **Nossaman LLP**
    777 South Figueroa Street
24  34th Floor
    Los Angeles, CA  90017
25

26  I am readily familiar with the firm's practice of service by electronic mail.
27  Under this practice the document is emailed to the parties in the ordinary course of
28  business on that same date.

PROOF OF SERVICE RE: FEDERAL'S OPPOSITION TO ALETHEIA'S MOTION SUMMARY JUDGMENT

1     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under this practice the document is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 14, 2012, at San Francisco, California.

*/s/ Erin R. Yoshino*
Erin R. Yoshino, Esq.

PROOF OF SERVICE RE: FEDERAL'S OPPOSITION TO ALETHEIA'S MOTION SUMMARY JUDGMENT