SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  martin.o'leary@sedgwicklaw.com
         brian.harrison@sedgwicklaw.com
         veena.mitchell@sedgwicklaw.com

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO.  CV 11-08920 RGK (PLAx)<br><br>FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL |

## NOTICE

PLEASE TAKE NOTICE that plaintiff Federal Insurance Company ("Federal") hereby requests an order sealing portions of:

- Federal's Objections to Evidence Submitted by Aletheia's Motion for Summary Judgment ("Objections to Evidence");
- Federal's Response to Aletheia's Separate Statement of Uncontroverted Facts and Conclusions of Law and Statement of Additional Uncontroverted Facts ("Response to Separate Statement");
- The Declaration of Kenneth D. West in Support of Federal's

1         Opposition to Aletheia's Motion for Summary Judgment ("West
2         Declaration");
3     •    The Declaration of Brian D. Harrison in Support of Federal Insurance
4         Company's Ex Parte Application to File Documents Under Seal
5         ("Harrison Declaration") (collectively, "the Subject Documents").

This application is made pursuant to Local Rule 79-5 on the grounds that the Subject Documents discuss and attach a settlement agreement which has been designated as confidential by the parties thereto ("the Settlement Agreement"). In addition, the Objections to Evidence and Response to Separate Statement refer to confidential mediation communications. The request to seal is narrowly tailored to seal only the information that has been designated as confidential. This application is based on the following memorandum and the Harrison Declaration.

Counsel for Aletheia is Joan M. Cotkin and Terry C. Leuin of Nossaman LLP, 777 South Figueroa Street, 34th Floor, Los Angeles, California 90017; telephone (213) 612-7800; facsimile (213) 612-7801; email jcotkin@nossaman.com and tleuin@nossaman.com..

As required by Local Rule 7-19.1, counsel for Federal contacted counsel for Aletheia on May 9, 2012, informing them of the present ex parte application to seal documents and asking if they would oppose such an application. (Exhibit "2" to Harrison Declaration.) Aletheia's counsel stated that they would not oppose this application. (*Id.*)

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 79-5, Federal is lodging with the Court sealed envelopes containing the Subject Documents. The portions of the Subject Documents which reference the terms of the Settlement Agreement or confidential mediation communications are the subject of this application to seal, as are Exhibits N and 1 to the West and Harrison Declarations, respectively. This application is narrowly tailored and seeks to seal only the Settlement Agreement

1 and references thereto and references to confidential mediation communications.

### A. Settlement Agreements Designated as Confidential Should be Removed from Public Access

Aletheia was a defendant in an action entitled *Joseph M. Boskovich v. Aletheia Research & Management, Inc.; and Does 1 through 50, inclusive*, Case No. BC398381, in the Superior Court of California, in and for the County of Los Angeles ("the Boskovich Action").

On August 6, 2010, the parties to the Boskovich Action entered into a Settlement Agreement and Release of Claims, which has been designated by the parties in the underlying action as confidential. Courts have traditionally protected confidential settlement agreements from the public record. *See, e.g., Phillips v. GMC*, 307 F.3d 1206, 1212 (9th Cir. 2002) ("courts have granted protective orders to protect confidential settlement agreements").

On May 14, 2012, Federal filed the redacted versions of Response to Separate Statement and the West Declaration. These documents contain references to the Settlement Agreement. In addition, the West and Harrison Declarations attach the Settlement Agreement as Exhibits N and 1, respectively. As the Settlement Agreement and the references thereto have been designated as confidential pursuant to the Settlement Agreement, they should not be available in the public record. The exact portions of these documents to be sealed are highlighted in gray in the unredacted versions.

### B. References to Confidential Mediation Communications Should be Removed from Public Access

Confidential mediation communications are protected from disclosure pursuant to California Evidence Code §§ 1115 – 1128, 28 U.S.C. § 652(d), and L.R. 16-15.8 (c). On May 14, 2012, Federal filed the redacted versions of the Objections to Evidence and Response to Separate Statement. These documents contain reference to confidential mediation communications, which should not be


available in the public record, pursuant to California Evidence Code §§ 1115 – 1128, 28 U.S.C. § 652(d), and L.R. 16-15.8 (c). The exact portions of the Subject Documents to be sealed are highlighted in gray in the unredacted versions.

### C. Conclusion

For these reasons, Federal respectfully requests that that the Court issue an order in the form attached and that the redacted versions of the documents referenced above be the only versions available to the public.

DATED: May 14, 2012

SEDGWICK LLP

By: /s/ *signature*

MARTIN J. O'LEARY
BRIAN D. HARRISON
VEENA A. MITCHELL
Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY