SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  *martin.o'leary@sedgwicklaw.com*
         *brian.harrison@sedgwicklaw.com*
         *veena.mitchell@sedgwicklaw.com*

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO.  CV 11-08920 RGK (PLAx)<br><br>**[PROPOSED] ORDER ON PLAINTIFF FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

GOOD CAUSE APPEARING, Federal Insurance Company's application to seal the unredacted version of:

- Federal's Objections to Evidence Submitted by Aletheia Research & Management, Inc.'s ("Aletheia") Motion for Summary Judgment ("Objections to Evidence");

- Federal's Response to Aletheia's Separate Statement of Uncontroverted Facts and Conclusions of Law and Statement of Additional Uncontroverted Facts ("Response to Separate Statement");

- The Declaration of Kenneth D. West in Support of Federal's

        Opposition to Aletheia's Motion for Summary Judgment ("West Declaration"); and

- The Declaration of Brian D. Harrison in Support of Federal Insurance Company's Ex Parte Application to File Documents Under Seal ("Harrison Declaration");

is hereby GRANTED.

~~The request to seal has been narrowly tailored to cover only material relating to a confidential settlement agreement and confidential mediation communications. It is therefore ORDERED:~~

~~1. That the designated portions of the Objections to Evidence, and Response to Separate Statement be filed under seal.~~

~~2. That Exhibit N to the West Declaration be filed under seal.~~

~~3. That Exhibit 1 to the Harrison Declaration be filed under seal.~~

4. That the redacted versions of the Objections to Evidence, Response to Separate Statement, West Declaration, and Harrison Declaration shall be the only versions available to the public.

5. Federal shall electronically file the redacted version of the Harrison Declaration within 7 days of entry of this order.

IT IS HEREBY ORDERED that the motion is GRANTED.

~~IF DENIED:~~

~~The underlying document and the sealing application shall be returned without filing to Brian D. Harrison, Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, California 94104-2834.~~

Dated: May 17, 2012      *[signature: Gary Klausner]*

        Honorable R. Gary Klausner
        United States District Judge