Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:  213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>　　　　　Defendant. | Case No:  CV 11-08920 RGK (PLAx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER RE DEFENDANT'S REQUEST FOR LEAVE TO FILE EXTRA PAGES IN ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　June 4, 2012<br>Time:　　9:00 a.m.<br>Crt Rm:　850, Roybal Building |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORDER HEREIN.**

　　　　PLEASE TAKE NOTICE that Defendant Aletheia Research and Management, Inc., LLC hereby lodges its [PROPOSED] ORDER RE DEFENDANT'S REQUEST FOR LEAVE TO FILE EXTRA PAGES IN ITS MEMORANDUM OF POINTS AND

423429_1.DOC

NOTICE OF LODGING

1 | AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
2 | attached hereto.

Respectfully submitted

Dated: May 22, 2012         NOSSAMAN, LLP


By_____/s/_____
    JOAN M. COTKIN
    Attorneys for Defendant ALETHEIA
    RESEARCH AND MANAGEMENT INC.