Joan M. Cotkin (CA 70665)
Terry C. Leuin (CA 105968)
NOSSAMAN LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Tel: 213.612.7800/Fax: 213.612.7801
Email: jcotkin@nossaman.com
Email: tleuin@nossaman.com
Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br>　　　　Plaintiff,<br>　vs.<br>ALETHEIA RESEARCH AND MANAGEMENT, INC.,<br>　　　　Defendant. | **Case No. CV 11-08920 RGK (PLAx)**<br><br>**PROPOSED ORDER RE DEFENDANT'S REQUEST FOR LEAVE TO FILE EXTRA PAGES IN ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　June 4, 2012<br>Time:　　9:00 a.m.<br>Crt Rm:　850, Roybal Building |

423486_1.DOC

**PROPOSED ORDER RE REQUEST FOR LEAVE TO FILE EXTRA PAGES IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ALETHEIA'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Defendant Aletheia Research and Management, Inc.'s request for leave to file its memorandum in support of its motion, Docket entry 56, three pages over the 20 page limit set forth in this Court's Standing Order, (which request for leave was filed as Docket entry 84), this Court finds there is GOOD CAUSE and herewith GRANTS leave to permit and will consider the last three pages of argument and authority, submitted in its Memorandum of Points and Authorities filed under seal, Docket entry 56.

IT IS SO ORDERED.

Dated: May   , 2012

By_____
Hon. R. Gary Klausner
United States District Judge

i

**PROPOSED ORDER RE REQUEST FOR LEAVE TO FILE EXTRA PAGES IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ALETHEIA'S MOTION FOR SUMMARY JUDGMENT**