SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  martin.o'leary@sedgwicklaw.com
          brian.harrison@sedgwicklaw.com
          veena.mitchell@sedgwicklaw.com

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

NOSSAMAN LLP
JOAN M. COTKIN  Bar No. 70665
TERRY C. LEUIN  Bar No. 105968
777 South Figueroa Street, 34th Floor
Los Angeles, California 90017
Telephone: (213) 672-1800
Facsimile: (213) 612-7801
Email:  jcotkin@nossaman.com
          tleuin@nossaman.com

Attorneys for Defendant
ALETHEIA RESEARCH & MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 11-08920 RGK (PLAx)<br><br>**AMENDED STIPULATION RE: CONFIDENTIALITY ORDER**<br><br>Complaint Filed: November 3, 2011 |

SF/2686885v1

AMENDED STIPULATION RE: CONFIDENTIALITY ORDER

Plaintiff Federal Insurance Company and Defendant Aletheia Research & Management, Inc. (collectively, "the Parties"), by and through their counsel of record, hereby agree and stipulate to the terms of the [Proposed] Amended Stipulated Confidentiality Order filed herewith ("the [Proposed] Order").

## I.    BACKGROUND

On April 18, 2012, the Parties filed a Stipulation re: Confidentiality Order, as well as a [Proposed] Stipulated Confidentiality Order (ECF Nos. 47 and 47-1). On April 19, 2012, the Court declined to adopt the Stipulated Confidentiality Order in its Memorandum and Order re: Parties' Proposed Stipulation re: Confidentiality Order (ECF No. 48), largely due to the scope of the agreement and the Parties' perceived failure to show "good cause" for a protective order.

## II.    THE RELIEF SOUGHT BY THE PARTIES

The Parties wish to clarify that the [Proposed] Order is not intended to be a blanket protective order.  Rather, the Parties seek a court-endorsed confidentiality order, which would govern the Parties' treatment and use of documents designated as confidential and produced in this matter.   Pursuant to Section 10. of the [Proposed] Order, "A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5," and it was the intent of the Parties that each Party would bear the burden of making the requisite "good cause" showing when seeking to file confidential documents under seal.  To clarify this point, the Parties have added the following language to Section 10. of the [Proposed] Order:

> However, the Parties acknowledge that this Order creates no entitlement to file confidential information under seal; Civil Local Rule 79-5 sets forth the procedures that must be followed and reflects the standards that will be applied when a party seeks permission from the court to file material under seal.

Nonetheless and in accordance with the Court's April 19, 2012 Order (ECF No. 48), the Parties have added a statement of good cause to the [Proposed] Order.

1    DATED: May 22, 2012                    SEDGWICK LLP

2

3                                           By:  s/ Brian D. Harrison
                                                 MARTIN J. O'LEARY
4                                                BRIAN D. HARRISON
                                                 VEENA A. MITCHELL
5                                                Attorneys for Plaintiff
                                                 FEDERAL INSURANCE COMPANY
6

7    DATED: May __, 2012                    NOSSAMAN LLP
8

9

10                                          By: _____
                                                JOAN M. COTKIN
11                                              TERRY C. LEUIN
                                                Attorneys for Defendant
12                                              ALETHEIA RESEARCH &
                                                MANAGEMENT, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
                          AMENDED STIPULATION RE: CONFIDENTIALITY ORDER

1   DATED: May __, 2012                    SEDGWICK LLP

2

3                                          By: _____

4                                              MARTIN J. O'LEARY
                                               BRIAN D. HARRISON
5                                              VEENA A. MITCHELL
                                               Attorneys for Plaintiff
6                                              FEDERAL INSURANCE COMPANY

7
    DATED: May 2/, 2012                     NOSSAMAN LLP
8

9                                          By: _____

10                                             JOAN M. COTKIN
                                               TERRY C. LEUIN
11                                             Attorneys for Defendant
                                               ALETHEIA RESEARCH &
12                                             MANAGEMENT, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION RE: CONFIDENTIALITY ORDER