ORIGINAL

Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: 213.612.7800
Facsimile: 213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | Case No: CV 11-08920 RGK (PLAx)<br><br>**ALETHEIA RESEARCH AND MANAGEMENT, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY TO FEDERAL'S OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT, AND ITS RESPONSES TO PLAINTIFF'S ADDITIONAL UNCONTROVERTED MATERIAL FACTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: June 4, 2012<br>Time: 9:00 a.m.<br>Crt Rm: 850, Roybal Building<br><br>[FILED UNDER SEAL] |
|---|---|

## I. APPLICATION

Pursuant to Civil Local Rule 79-5, Defendant Aletheia Research and Management, Inc. ("Aletheia") hereby submits this Administrative Motion to File Under Seal and

423429_1.DOC

DEFENDANT'S APPLICATION TO FILE UNDER SEAL ITS REPLY TO MOTION FOR SUMMARY JUDGMENT, AND ITS RESPONSE TO
PLAINTIFF'S ADDITIONAL UNCONTROVERTED MATERIAL FACTS;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO FILE UNDER SEAL

requests that this Court issue an Order Sealing Portions of Defendant's Reply to the Plaintiff's Opposition to Motion for Summary Judgment ("Reply"), and its Responses to Plaintiff's Additional Uncontroverted Material Facts ("Responses"). This application is made pursuant to Local Rule 79-5 on the grounds that Defendant's Reply and Responses both respond to Federal's Opposition filed under seal and discusses the Settlement Agreement the terms of which have been deemed confidential by the parties thereto (the "Settlement Agreement"). This request to file under seal is narrowly tailored to seal only the information which has been deemed confidential. This application is based on the following memorandum of points and authorities and the supporting declaration of Joan M. Cotkin. Defendant proposes to file a redacted version of its Reply, and its Responses, with sealable information removed, to be made available to the public.

## II.  MEMORANDUM OF POINTS AND AUTHORITIES

On August 6, 2010, Aletheia entered into a Settlement Agreement with Joseph M. Boscovich disposing of an action filed by Mr. Boscovich for wrongful termination and Aletheia's cross-complaint therein (Los Angeles Superior Court Action Nos. BC398381 and SC100238). (Declaration of Joan M. Cotkin in Support of this Application to File Under Seal ("Cotkin Decl."), ¶ 2.) The Settlement Agreement (attached to the Cotkin Decl. as Exhibit A) requires that the terms of the Settlement Agreement remain confidential. (Cotkin Decl. ¶ 3.) The Reply and Responses necessarily disclose the terms of the Settlement Agreement, as it is that very document which is cited by Plaintiff herein in its Opposition to Aletheia's Motion for Summary Judgment in the instant matter. Courts have traditionally protected confidential settlement agreements from disclosure to the public. *Phillips v. GMC,* 307 F. 3d 1206 (9th Cir. 2002)("courts have granted protective orders to protect confidential settlement agreements").

Additionally, the complaint in this instant case was filed under seal pursuant to this Court's Order entered on November 8, 2011 (Docket No. 3). (Cotkin Decl. ¶ 4.) Thus, the Reply and Responses should be filed under seal because they are in response to Federal's Opposition to Aletheia's Motion for Summary Judgment that was filed under

1  seal and contains information drawn from the Settlement Agreement which must remain
2  confidential. (Cotkin Decl. ¶ 4.)
3      Accordingly, the Reply and the Responses should also be filed under seal to
4  prevent public disclosure that would violate the terms of the Settlement Agreement
5  pursuant to this Court's Order of December 22, 2011 (Docket No. 16), in turn based on
6  Plaintiff Federal Insurance Company's Application to File Documents Under Seal,
7  entered on November 8, 2011. Thus, Aletheia seeks an order to permit its Reply and its
8  Responses to be filed under seal for the same reasons: to avoid disclosure of the
9  confidential terms of the settlement agreement.

## III. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court permit it to file the its Reply and its Responses under seal pursuant to Local Rule 79-5.

Respectfully submitted

Dated: May 21, 2012                 NOSSAMAN, LLP

By_____
JOAN M. COTKIN
Attorneys for Defendant ALETHEIA
RESEARCH AND MANAGEMENT INC.