Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: 213.612.7800
Facsimile: 213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | Case No: CV 11-08920 RGK (PLAx)<br><br>[PROPOSED] ORDER ON DEFENDANT ALETHEIA RESEARCH AND MANAGEMENT, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Date: June 4, 2012<br>Time: 9:00 a.m.<br>Crt Rm: 850, Roybal Building<br><br>FILED UNDER SEAL |

Having considered the Defendant's Application to File Under Seal, and good cause appearing therefor, the Court GRANTS in part Defendant's Application to File Under Seal the Reply to Plaintiff's Opposition to Motion for Summary Judgment. and Response to Plaintiff's Additional Uncontroverted Material Facts are to be filed under seal.

IT IS SO ORDERED.

DATED: May 23, 2012

_____
HON. JUDGE R. GARY KLAUSNER

423446_1.DOC