Joan M. Cotkin (CA 70665)
Terry C. Leuin (CA 105968)
NOSSAMAN LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Tel: 213.612.7800/Fax: 213.612.7801
Email: jcotkin@nossaman.com
Email: tleuin@nossaman.com
Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br>　　　Plaintiff,<br>　　vs.<br>ALETHEIA RESEARCH AND MANAGEMENT, INC.,<br>　　　Defendant. | **Case No. CV 11-08920 RGK (PLAx)**<br><br>~~PROPOSED~~ **ORDER RE DEFENDANT'S REQUEST FOR LEAVE TO FILE EXTRA PAGES IN ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　June 4, 2012<br>Time:　　　9:00 a.m.<br>Crt Rm:　　850, Roybal Building |

Proposed Order re Short Reply to Opposition to MSJ__Federal v Aletheia.doc

**PROPOSED ORDER RE REQUEST FOR LEAVE TO FILE EXTRA PAGES IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ALETHEIA'S MOTION FOR SUMMARY JUDGMENT**

1  Pursuant to Defendant Aletheia Research and Management, Inc.'s request for leave
2  to file its memorandum in support of its motion, Docket entry 56, three pages over the 20
3  page limit set forth in this Court's Standing Order, (which request for leave was filed as
4  Docket entry 84), this Court finds there is GOOD CAUSE and herewith GRANTS leave
5  to permit and will consider the last three pages of argument and authority, submitted in its
6  Memorandum of Points and Authorities filed under seal, Docket entry 56.

8  IT IS SO ORDERED.

10  Dated: May 23, 2012

By_____*Gary Klausner*_____
Hon. R. Gary Klausner
United States District Judge