Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: 213.612.7800
Facsimile: 213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | Case No: CV 11-08920 RGK (PLAx)<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT PURSUANT TO COURT'S ORDER ON DEFENDANT ALETHEIA RESEARCH AND MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORDER HEREIN.**

PLEASE TAKE NOTICE that Defendant Aletheia Research and Management, Inc., LLC hereby lodges its [PROPOSED] JUDGMENT attached hereto.

Dated: June 21, 2012                    NOSSAMAN, LLP


                                        By   */s/ Joan M. Cotkin*
                                             JOAN M. COTKIN
                                             Attorney for Defendant
                                             ALETHEIA RESEARCH AND
                                             MANAGEMENT, INC.