Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: 213.612.7800
Facsimile: 213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | Case No: CV 11-08920 RGK (PLAx)<br><br>[~~PROPOSED~~] **JUDGMENT PURSUANT TO COURT'S ORDER ON DEFENDANT ALETHEIA RESEARCH AND MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT** |
|---|---|

On June 19, 2012, this Court issued its Order re Defendant's Motion for Summary Judgment, in chambers and under seal, granting Defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 (a). The Court now enters Judgment for Defendant against Plaintiff on the Plaintiff's Complaint, and Defendant to recover its costs as the prevailing party.

/ / /

/ / /

     Defendant is to file its memorandum of costs within fifteen (15) court days of entry of this Judgment.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: June 29, 2012

                                                 */s/ Gary Klausner*

                                      HON. JUDGE R. GARY KLAUSNER

2
[PROPOSED] JUDGMENT FOR DEFENDANT