Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:  213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>            Defendant. | Case No:  CV 11-08920 RGK (PLAx)<br><br>**DECLARATION OF KAMERAN HEDAYAT IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO ALETHEIA RESEARCH & MANAGEMENT, INC'S APPLICATION TO TAX COSTS**<br><br>**Date:     July 20, 2012**<br>**Time:     10:00 am**<br>**Dept.      Telephonic** |

426302_1.DOC

**DECLARATION OF KAMERAN HEDAYAT**

I, Kameran Hedayat, Declare as follows:

1. I am a paralegal and employee of Nossaman, LLP counsel of record for Defendant ALETHEIA RESEARCH AND MANAGEMENT INC ("Aletheia") in this matter and am familiar with the facts recited hereinafter and if called and sworn as a witness could competently testify thereto.

2. In regards to the Messenger/Filing Fees submitted as Exhibit A to Aletheia Research & Management, Inc's Application to Tax Costs, I have reviewed hard copies of all the relevant invoices corresponding to the costs listed on Exhibit A and can attest that they reflect true and correct charges for each of the itemized costs listed on Exhibit A.  Furthermore, we did not include hard copies of these invoices with our original Application to Tax Cost because (1) each invoice had to be redacted to exclude charges that are not related to the case at hand and (2) because of the voluminous number of pages that had to be redacted, it would not have been feasible under the original time-frame that we were working under to complete the redactions.

3. In regards to copying costs submitted as Exhibit C to Aletheia Research & Management, Inc's Application to Tax Costs, all copies reflected on Exhibit C were for the purpose of filing documents with the court and not for any other purpose. Nossaman's standard copying charges is $0.20 per page.

4. We are not including hard copy documentation for charges listed in Exhibit C, since due to system constraints, we are not able to print hard copies of documents for these charges. Should the court require hard copies related to charges listed on Exhibit C, I will coordinate with our billing department to create an "invoice" for each of the itemized charged on Exhibit C.

// //

1    // //

2        I declare, under penalty of perjury and under the law of the United States,
3    that the foregoing is true and correct.  Executed on July 16, 2012 at Los Angeles,
4    California.

_____
Kameran Hedayat