# EXHIBIT B

# Evolve Discovery Services' Fee for Processing of Documents in Preparation for Production (Invoice)

| DATE | DOCUMENT | COST |
|---|---|---|
| 05/29/2012 | Full Electronic File/Document Loading Fee. Processing all supported files to Tiff (Included-De-Duplication by collection, metadata and full text extraction) | $1,201.75 |
| 05/29/2012 | Document Scanning | $450.00 |
| 05/29/2012 | Document Coding | $495.95 |
| 05/29/2012 | OCR of Documents (979, 395 pages at .02 per page) | $19,587.90 |
| 05/29/2012 | Project Management Consulting | $312.50 |
| | | |
| **TOTAL** | | **$22,048.10** |
| | | |

425427_1.DOC


evolvedis**overy

# Invoice

**Accounts Receivable | 611 Mission Street, 4th Floor | San Francisco, CA 94105**
**Tax ID: 27-1379383**

**Phone: 415.398.8600      Fax: 1.866.488.1032**

| DATE | INVOICE # |
|------|-----------|
| 5/29/2012 | 302579 |

| BILL TO | SHIP TO |
|---------|---------|
| Nossaman LLP<br>Attn: Kameran Hedayat<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017 | Nossaman LLP<br>Attn: Kameran Hedayat<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017 |

| CLIENT MATTER NUMBER | TERMS | DUE DATE | REP | DELIVERY DATE |
|----------------------|-------|----------|-----|---------------|
| Aletheia | Net 30 | 6/28/2012 | VW | 4/25/2012 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | Caes Name: Aletheia | | |
| | Process client provided media to Concordance, unitize, control number, OCR, PST time zone, Tiff convert and process to Concordance. | | |
| | Client provided 3 boxes of hard copy documents and 10 discs.<br>Volume: ALETHEIA_20120327 | | |
| 2.09 | per GB - Full Electronic File/Document Loading Fee. Processing all supported files to Tiff (Included-De-Duplication by collection, metadata and full text extraction) | 575.00 | 1,201.75 |
| 3,750 | per page - Document Scanning | 0.12 | 450.00 |
| 763 | per document - Document Coding<br>Control Range: CTRL-ED-00000001-CTRL-ED-00058935;<br>CTRL-Processed-00000001-CTRL-Processed-00087841 and CTRL-HC-00000001-CTRL-HC-00003570 | 0.65 | 495.95 |
| 571,036 | Client provided 1 hard drive: ALETHEIA_20120407<br>per page - OCR<br>Control Range: CTRL-Processed-00087842 - CTRL-Processed-00225425 | 0.02 | 11,420.72 |
| 285,518 | Client provided 1 HD: ARM<br>per page - OCR<br>Control Range: ARM0000001 – ARM285521 | 0.02 | 5,710.36 |
| 122,841 | ARM_Aletheia_20120425<br>per page - Re-OCR<br>Control Range: N-ARM-011156 - N-ARM-133996 | 0.02 | 2,456.82 |
| 2.5 | per hour - Project Management Consulting -<br>3/21/2012 - Send cover letters and scans of each disc to client. - 0.5 Hours<br>3/23/2012 - Phone call regarding numbering for each set of data and deliverable specifications. - 0.5 Hours | 125.00 | 312.50 |

| We appreciate your business. | **TOTAL** | |
|---|---|---|

I have authorized and received this order

_____
Print Name

_____
Signature

NOTICE OF ASSIGNMENT & PAYMENT INSTRUCTIONS

This invoice has been assigned to Gateway Acceptance Co.
ALL PAYMENTS MUST BE SENT DIRECTLY TO:

**Gateway Acceptance Co**
P.O. Box 4053  Concord, CA 94524

Payment to any other party, including your vendor,
will not discharge your legal obligation to pay Gateway.
If you question or dispute any part of this invoice,
contact Gateway immediately at (925) 405-1513.



# Invoice

**Accounts Receivable | 611 Mission Street, 4th Floor | San Francisco, CA 94105**
**Tax ID: 27-1379383**

**Phone: 415.398.8600     Fax: 1.866.488.1032**

| DATE | INVOICE # |
|------|-----------|
| 5/29/2012 | 302579 |

| BILL TO | SHIP TO |
|---------|---------|
| Nossaman LLP<br>Attn: Kameran Hedayat<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017 | Nossaman LLP<br>Attn: Kameran Hedayat<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017 |

| CLIENT MATTER NUMBER | TERMS | DUE DATE | REP | DELIVERY DATE |
|----------------------|-------|----------|-----|---------------|
| Aletheia | Net 30 | 6/28/2012 | VW | 4/25/2012 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | 3/26/2012 - Flag issues for K.Hedayat regarding issues with media. Email correspondence and phone call regarding same. - 0.75 Hours<br>3/28/2012 - Coordinate text delivery specification with client. - 0.5 Hours<br>4/9/2012 - Telecon with K. Hedayat regarding field delivery and source data. - 0.25 Hours<br>Sales Tax | 8.75% | 0.00 |

We appreciate your business.

**TOTAL** | $22,048.10

I have authorized and received this order

_____
Print Name

_____
Signature

NOTICE OF ASSIGNMENT & PAYMENT INSTRUCTIONS

This invoice has been assigned to Gateway Acceptance Co.
ALL PAYMENTS MUST BE SENT DIRECTLY TO:

**Gateway Acceptance Co**
P.O. Box 4053  Concord, CA 94524

Payment to any other party, including your vendor,
will not discharge your legal obligation to pay Gateway.
If you question or dispute any part of this invoice,
contact Gateway immediately at (925) 405-1513.