# EXHIBIT C

# Copying Costs

| DATE | DOCUMENT | COST |
|---|---|---|
| 11/11/2011 | General Document(s) For Use in Case. | $50.40 |
| 11/22/2011 | General Document(s) For Use in Case. | $6.60 |
| 11/28/2011 | General Document(s) For Use in Case. | $2.00 |
| 11/30/2011 | General Document(s) For Use in Case. | $2.00 |
| 12/13/2011 | General Document(s) For Use in Case. | $5.60 |
| 12/14/2011 | General Document(s) For Use in Case. | $15.00 |
| 01/3/2012 | General Document(s) For Use in Case. | $55.60 |
| 01/09/2012 | General Document(s) For Use in Case. | $2.00 |
| 02/09/2012 | General Document(s) For Use in Case. | $1.00 |
| 02/13/2012 | General Document(s) For Use in Case. | $1.80 |
| 03/13/2012 | General Document(s) For Use in Case. | $156.00 |
| 04/02/2012 | General Document(s) For Use in Case. | $2.80 |
| 04/06/2012 | General Document(s) For Use in Case. | $4.60 |
| 04/09/2012 | General Document(s) For Use in Case. | $0.20 |
| 04/16/2012 | General Document(s) For Use in Case. | $28.80 |
| 04/20/2012 | General Document(s) For Use in Case. | $13.00 |
| 04/23/2012 | General Document(s) For Use in Case. | $0.40 |
| 04/24/2012 | General Document(s) For Use in Case. | $91.00 |
| 04/30/2012 | General Document(s) For Use in Case. | $0.20 |
| 05/04/2012 | General Document(s) For Use in Case. | $48.00 |
| 05/07/2012 | General Document(s) For Use in Case. | $80.00 |
| 05/18/2012 | General Document(s) For Use in Case. | $36.80 |
| 05/21/2012 | General Document(s) For Use in Case. | $23.40 |

425427_1.DOC

| | | |
|---|---|---|
| 05/22/2012 | General Document(s) For Use in Case. | $19.80 |
| 05/23/2012 | General Document(s) For Use in Case. | $0.20 |
| 06/22/2012 | General Document(s) For Use in Case. | $2.40 |
| | | |
| **TOTAL** | | **$649.60** |

Case 2:11-cv-08920-RGK-PLA   Document 124-5   Filed 07/16/12   Page 2 of 2   Page ID #:2817

425427_1.DOC