SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY,

PLAINTIFF(S)

v.

ALETHEIA RESEARCH & MANAGEMENT, INC.,

DEFENDANT(S).

CASE NUMBER:

CV 11-08920 RGK (PLAx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Federal Insurance Company's Notice of Appeal to the United States Court of Appeals for the Ninth Circuit and Representation Statement [UNREDACTED]; Federal's Ex Parte Application to File Documents Under Seal; Declaration of Erin R. Yoshino in Support of Federal's Ex Parte Application to File Under Seal;  [Proposed] Order re: Federal's Ex Parte Application to File Under Seal; Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Notice of appeal; ex parte application to file notice under seal, declaration in support, and proposed order; proof of service

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

July 26, 2012
Date

s/ Brian D. Harrison
Attorney Name

Federal Insurance Company
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**