SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  *martin.o'leary@sedgwicklaw.com*
           *brian.harrison@sedgwicklaw.com*
           *veena.mitchell@sedgwicklaw.com*

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 11-08920 RGK (PLAx)<br><br>FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL |

### NOTICE

PLEASE TAKE NOTICE that plaintiff Federal Insurance Company ("Federal") hereby requests an order sealing portions of Federal's Notice of Appeal to the United States Court of Appeals for the Ninth Circuit and Representation Statement ("the Notice").

This application is made pursuant to Local Rule 79-5 on the grounds that the Notice contains confidential information—Exhibit A to the Notice is the Court's Order Re: Defendant's Motion for Summary Judgment ("the Order"), which was filed under seal on or about June 19, 2012 because it discusses a confidential

settlement agreement. Pursuant to the May 22, 2010 Amended Stipulated Confidentiality Order, materials designated as "Confidential" are to be filed under seal. (ECF No. 104.)

The request to seal is narrowly tailored to seal only the information that has been designated as confidential.

This application is based on the following memorandum and the Declaration of Erin R. Yoshino in Support of Federal Insurance Company's Ex Parte Application to File Documents Under Seal ("the Yoshino Declaration"), filed concurrently herewith.

Counsel for Aletheia is Joan M. Cotkin and Terry C. Leuin of Nossaman LLP, 777 South Figueroa Street, 34th Floor, Los Angeles, California 90017; telephone (213) 612-7800; facsimile (213) 612-7801; email jcotkin@nossaman.com and tleuin@nossaman.com.

As required by Local Rule 7-19.1, counsel for Federal contacted counsel for Aletheia on July 26, 2012, informing them of the present ex parte application to seal documents and asking if they would oppose such an application. (Exhibit 1 and ¶ 6 to Yoshino Declaration.) Aletheia's lead counsel is out of the office and unavailable; as such, Federal has not yet received a response to this inquiry. (*Id.*)

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 79-5, Federal is lodging with the Court sealed envelopes containing the unredacted version of the Notice. This application is narrowly tailored and seeks to seal only confidential information—the Order, which is attached as Exhibit A to the Notice.

A. **Settlement Agreements Designated as Confidential Should be Removed from Public Access**

Aletheia was a defendant in an action entitled *Joseph M. Boskovich v. Aletheia Research & Management, Inc.; and Does 1 through 50, inclusive*, Case No. BC398381, in the Superior Court of California, in and for the County of Los

1  Angeles ("the Boskovich Action").

2      On August 6, 2010, the parties to the Boskovich Action entered into a Settlement Agreement and Release of Claims, which has been designated by the parties in the Boskovich Action as confidential ("the Settlement Agreement"). Courts have traditionally protected confidential settlement agreements from the public record. *See, e.g., Phillips v. GMC*, 307 F.3d 1206, 1212 (9th Cir. 2002) ("courts have granted protective orders to protect confidential settlement agreements").

    Pursuant to the May 22, 2012 Amended Stipulated Confidentiality Order, materials designated as "Confidential" are to be filed under seal. (ECF No. 104.)

    As the Settlement Agreement and the references thereto have been designated as confidential pursuant to the Settlement Agreement, they should not be available in the public record. Because the Order contains references to the confidential Settlement Agreement, the Court filed it under seal on or about June 19, 2012. The Order is attached as Exhibit A to the Notice; therefore, the Notice should likewise be filed under seal in order to protect the confidentiality of the Settlement Agreement.

**B.**   **Conclusion**

    For these reasons, Federal respectfully requests that that the Court issue an order in the form attached.

DATED: July 26, 2012           SEDGWICK LLP

By: /s/ Brian Harrison
MARTIN J. O'LEARY
BRIAN D. HARRISON
VEENA A. MITCHELL
Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY