```
 1  SEDGWICK LLP
    MARTIN J. O'LEARY  Bar No. 106546
 2  BRIAN D. HARRISON  Bar No. 157123
    VEENA A. MITCHELL  Bar No. 161153
 3  333 Bush Street, 30th Floor
    San Francisco, California 94104
 4  Telephone: (415) 781-7900
    Facsimile:  (415) 781-2635
 5  Email: martin.o'leary@sedgwicklaw.com
           brian.harrison@sedgwicklaw.com
 6         veena.mitchell@sedgwicklaw.com

 7  Attorneys for Plaintiff
    FEDERAL INSURANCE COMPANY
 8
```

FILED 2012 JUL 26 PM 3:54 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 11-08920 RGK (PLAx)<br><br>DECLARATION OF ERIN R. YOSHINO IN SUPPORT OF FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL |

I, Erin R. Yoshino, declare as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and in the Central District of California. I am an associate with the law firm of Sedgwick LLP, attorneys of record for Plaintiff Federal Insurance Company ("Federal").

2. Pursuant to an agreement dated August 6, 2010, the matter of *Joseph M. Boskovich v. Aletheia Research & Management, Inc.*, Los Angeles Superior Court, Case No. SC100238, was settled ("the Settlement Agreement"). Pursuant to

1 Covenant No. 7 of the Settlement Agreement, the terms of the Settlement
2 Agreement have been designated as confidential.
3     3.    Pursuant to a May 22, 2012 Amended Stipulated Confidentiality
4 Order in the instant matter, materials designated as "Confidential" are to be filed
5 under seal. (ECF No. 104.)
6     4.    On or about June 19, 2012, the Court issued its Order Re: Defendant's
7 Motion for Summary Judgment ("the Order"), which was filed under seal because
8 it discusses the Settlement Agreement.
9     5.    The Order is attached as Exhibit A to Federal's Notice of Appeal to
10 the United States Court of Appeals for the Ninth Circuit and Representation
11 Statement ("the Notice"). As such, Federal hereby requests that the Notice be filed
12 under seal because it references information that has been designated as
13 confidential pursuant to Covenant No. 7 of the Settlement Agreement.
14     6.    In email correspondence on July 26, 2012, I contacted counsel for
15 defendant Aletheia Research & Management, Inc. about the present ex parte
16 application to seal documents (attached hereto as **Exhibit 1**). I also left a message
17 with Terry Leuin's assistant at 11:47 am and spoke with Mr. Leuin at 12:45 pm.
18 Because Aletheia's lead counsel, Joan Cotkin, was out of the office and
19 unavailable, Federal has not yet received a response to this inquiry.
20     I declare under penalty of perjury under 28 USC § 1746 that the foregoing is
21 true and correct, and that this declaration was executed on this 26th day of July,
22 2012, in San Francisco, California.

                                                              Erin R. Yoshino, Esq.

**Yoshino, Erin**

| | |
|---|---|
| **From:** | Yoshino, Erin |
| **Sent:** | Thursday, July 26, 2012 10:49 AM |
| **To:** | Leuin, Terry C. |
| **Cc:** | Cotkin, Joan M.; Harrison, Brian |
| **Subject:** | FW: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427 |
| **Attachments:** | image001.png |

Terry,

We understand that Joan is out of the office this week with periodic access to email. Would you be able to assist us with this matter? Thank you.

Regards,

Erin

**Erin R. Yoshino**
Sedgwick LLP
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

---

**From:** Yoshino, Erin
**Sent:** Thursday, July 26, 2012 10:46 AM
**To:** Cotkin, Joan M.
**Cc:** Leuin, Terry C.; Harrison, Brian
**Subject:** Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Joan,

We write to advise you of Federal's intent to file an ex parte application seeking an order to file its notice of appeal under seal. (Local Rule 7-19.1.) If you intend to oppose this application, please notify us at your earliest convenience as we intend to file the application as soon as possible, but no later than tomorrow, July 27, 2012. Thanks very much.

Regards,

Erin

**Erin R. Yoshino**
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

**Sedgwick**LLP

*Our San Francisco office has moved. Please note the new address.*
*Phone and fax numbers remain the same.*

333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
415.781.7900 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com