SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  martin.o'leary@sedgwicklaw.com
        brian.harrison@sedgwicklaw.com
        veena.mitchell@sedgwicklaw.com

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 11-08920 RGK (PLAx)<br><br>PROOF OF SERVICE<br><br>RE: FEDERAL INSURANCE COMPANY'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, California 94104. On July 26, 2012, I served the within documents:

**FEDERAL INSURANCE COMPANY'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT [UNREDACTED]**

**FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL**

|   |   |
|---|---|
| 1 | **DECLARATION OF ERIN R. YOSHINO IN SUPPORT OF FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| 2 |  |
| 3 | **[PROPOSED] ORDER ON PLAINTIFF FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| 4 |  |

☐ FACSIMILE – by transmitting via facsimile the document listed above to the fax numbers set forth on the attached Telecommunications Cover Page on this date before 5:00 p.m.

☒ **MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ **ELECTRONIC MAIL** – by emailing the document listed above to the parties set forth below.

☐ PERSONAL SERVICE – by personally delivering the document listed above to the persons at the addresses set forth below.

☐ OVERNIGHT COURIER – by placing the document listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the persons at the addresses set forth below via Federal Express.

| | |
|---|---|
| Joan M. Cotkin, Esq.<br>Terry C. Leuin, Esq.<br>**Nossaman LLP**<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA  90017 | *Attorneys for Plaintiff*<br>T: (213) 612-7800<br>F: (213) 612-7801<br>E: *jcotkin@nossaman.com*<br>       *tleuin@nossaman.com* |

I am readily familiar with the firm's practice of service by electronic mail. Under this practice the document is emailed to the parties in the ordinary course of business on that same date.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under this practice the document is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the above is true and correct. Executed on July 26, 2012, at San
3  Francisco, California.

*Erin R. Yoshino, Esq.*