Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Ivy A. Okoniewski (CA 273666)
iokoniewski@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:  213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>          Defendant. | Case No:  CV 11-08920 RGK (PLAx)<br><br>**ALETHEIA RESEARCH & MANAGEMENT, INC.'S NOTICE OF ERRATA REGARDING ALETHEIA RESEARCH AND MANAGEMENT, INC.'S NOTICE OF MOTION AND MOTION FOR ORDER AWARDING COSTS UNDER 28 U.S.C. §1920**<br><br>Date:         August 27, 2012<br>Time:         9:00 am<br>Location.:   Roybal Federal Building<br>                  255 E. Temple St.<br>                  Los Angeles, CA 90012<br><br>Courtroom: 850<br>Judge:        Hon. R. Gary Klausner<br>Judgment Entered: June 29, 2012 |

**TO THE HONORABLE R. GARY KLAUSNER, UNITED STATES DISTRICT COURT JUDGE, PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 26, 2012, Defendant Aletheia Research & Management, Inc. ("Aletheia") electronically filed "Aletheia Research & Management, Inc.'s Notice of Motion and Motion for Order Awarding Costs under 28 U.S.C. §1920; Memorandum of Points and Authorities In Support Thereof; and Declaration of Ivy A. Okoniewski." ("Motion") (Dkt. No. 127).  This document was linked to the Judgment of the Court.  (Dkt. No. 119).  On July 27, 2012, the Court issued an Order to strike electronically filed documents on the grounds that the hearing information was not timely. (Dkt. No. 128).

**PLEASE TAKE FURTHER NOTICE that the hearing date specified on the Notice of Motion and Motion was incorrectly set for August 13, 2012 at 9:00 a.m. The correct hearing date is August 27, 2012 at 9:00 a.m.**  The hearing location remains unchanged: Roybal Federal Building, 255 E. Temple St., Los Angeles, CA 90012, Courtroom 850.

Attached as Exhibit 1, please find a corrected version of Aletheia Research & Management, Inc.'s Notice Of Motion And Motion For Order Awarding Costs Under 28 U.S.C. §1920; Memorandum Of Points And Authorities In Support Thereof; And Declaration Of Ivy A. Okoniewski, and supporting documents.  Counsel for Aletheia apologizes for the errors and any inconvenience created thereby.

                                              Respectfully submitted.

Dated: July 27, 2012          NOSSAMAN, LLP

                                              By:   /s/ Ivy A. Okoniewski
                                                     IVY A. OKONIEWSKI
                                           Attorneys for Defendant ALETHEIA
                                           RESEARCH AND MANAGEMENT INC.