SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  martin.o'leary@sedgwicklaw.com
        brian.harrison@sedgwicklaw.com
        veena.mitchell@sedgwicklaw.com

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 11-08920 RGK (PLAx)<br><br>[PROPOSED] ORDER ON PLAINTIFF FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL |

GOOD CAUSE APPEARING, Federal Insurance Company's ex parte application to seal the unredacted version of its Notice of Appeal to the United States Court of Appeals for the Ninth Circuit and Representation Statement ("the Notice") is hereby GRANTED.

The request to seal has been narrowly tailored to cover only material relating to a confidential settlement agreement.

It is therefore ORDERED:

1. That Exhibit A to the Notice be filed under seal.

2. Federal shall electronically file the redacted version of the Notice

1 | within 7 days of entry of this order.

2 |      IT IS HEREBY ORDERED that the application is GRANTED.

3 |      IF DENIED:

4 |      The underlying document and the sealing application shall be returned

5 | without filing to Brian D. Harrison, Sedgwick LLP, 333 Bush Street, 30th Floor,

6 | San Francisco, California 94104-2834.

7 | Dated: __08·01__, 2012      ___/s/ Gary Klausner___

8 |                                           Honorable R. Gary Klausner
                                           United States District Judge