SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
VEENA A. MITCHELL  Bar No. 161153
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  *martin.o'leary@sedgwicklaw.com*
         *brian.harrison@sedgwicklaw.com*
         *veena.mitchell@sedgwicklaw.com*

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 11-08920 RGK (PLAx)<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT<br><br>**REDACTED** |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Appellate Procedure 3, Plaintiff Federal Insurance Company ("Federal") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order granting Defendant Aletheia Research & Management, Inc.'s Motion for Summary Judgment, entered on June 20, 2012 ("the Order"), as well as the subsequent judgment, entered on July 2, 2012 ("the Judgment").  The Order is attached hereto as **Exhibit A** and a copy of the Judgment is attached hereto as **Exhibit B**.

1 | Federal knows of no related cases currently pending in the Ninth Circuit.

3 | DATED: July 26, 2012                SEDGWICK LLP

By: *[signature: Brian Harrison]*
MARTIN J. O'LEARY
BRIAN D. HARRISON
VEENA A. MITCHELL
Attorneys for Plaintiff and Appellant
FEDERAL INSURANCE COMPANY

**REPRESENTATION STATEMENT**
**(Fed. R. App. P. 12(b); Circuit Rule 3-2(B))**

PLEASE TAKE FURTHER NOTICE THAT:

The following attorneys represent the following parties to the appeal:

SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  *martin.o'leary@sedgwicklaw.com*
        *brian.harrison@sedgwicklaw.com*

Attorneys for Plaintiff and Appellant
FEDERAL INSURANCE COMPANY

NOSSAMAN LLP
JOAN M. COTKIN  Bar No. 70665
TERRY C. LEUIN  Bar No. 105968
777 South Figueroa Street, 34th Floor
Los Angeles, California 90017
Telephone: (213) 672-1800
Facsimile: (213) 612-7801
Email:  *jcotkin@nossaman.com*
        *tleuin@nossaman.com*

Attorneys for Defendant and Appellee
ALETHEIA RESEARCH & MANAGEMENT, INC.


DATED: July 26, 2012              SEDGWICK LLP


                                  By: /s/ Brian Harrison
                                  MARTIN J. O'LEARY
                                  BRIAN D. HARRISON
                                  VEENA A. MITCHELL
                                  Attorneys for Plaintiff and Appellant
                                  FEDERAL INSURANCE COMPANY

SF/2856957v2                -3-
REPRESENTATION STATEMENT

# EXHIBIT A

# FILED UNDER SEAL

Case 2:11-cv-08920-RGK-PLA   Document 136   Filed 08/01/12   Page 5 of 8   Page ID #:3251

# EXHIBIT B

| | |
|---|---|
| 1 | Joan M. Cotkin (CA 70665) |
| 2 | jcotkin@nossaman.com |
|   | Terry C. Leuin (CA 105968) |
| 3 | tleuin@nossaman.com |
|   | Nossaman LLP |
| 4 | 777 S. Figueroa Street, 34th Floor |
| 5 | Los Angeles, CA 90017 |
|   | Telephone:  213.612.7800 |
| 6 | Facsimile:  213.612.7801 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | ALETHEIA RESEARCH AND MANAGEMENT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>  Defendant. | Case No:  CV 11-08920 RGK (PLAx)<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO COURT'S ORDER ON DEFENDANT ALETHEIA RESEARCH AND MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT |
|---|---|

On June 19, 2012, this Court issued its Order re Defendant's Motion for Summary Judgment, in chambers and under seal, granting Defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 (a). The Court now enters Judgment for Defendant against Plaintiff on the Plaintiff's Complaint, and Defendant to recover its costs as the prevailing party.

/ / /

/ / /

1   Defendant is to file its memorandum of costs within fifteen (15) court days of entry
2   of this Judgment.

3   
4   IT IS SO ORDERED, ADJUDGED AND DECREED.

5   DATED:  June 29, 2012

_____
HON. JUDGE R. GARY KLAUSNER

2
[PROPOSED] JUDGMENT FOR DEFENDANT