# EXHIBIT C

## Okoniewski, Ivy A.

**From:**     Cotkin, Joan M.
**Sent:**      Friday, June 01, 2012 5:23 PM
**To:**        'Yoshino, Erin'; Harrison, Brian
**Cc:**        Okoniewski, Ivy A.; Hedayat, Kameran
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Will do; as it is after hours on Friday I expect we will get the disk duplicated next week.

If it makes you feel better we just received a bill of over $22,000 related to making the disks for you--which really should be your expense as well (and that does not include our internal hours devoted to this exercise.)  We reserve our rights to recover all our litigation expenses as well.

---

**From:** Yoshino, Erin [mailto:Erin.Yoshino@sedgwicklaw.com]
**Sent:** Friday, June 01, 2012 5:17 PM
**To:** Cotkin, Joan M.; Harrison, Brian
**Cc:** Okoniewski, Ivy A.; Hedayat, Kameran
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Joan,

In an effort to move things forward with respect to Aletheia's document production, we will advance a check in the amount of $100 for the creation of a new disk per your May 30, 2012 4:58 PM correspondence below; please provide us with an invoice for this amount.  While Federal agrees to pay for the $100 expense in creating the duplicate disk, Federal reserves the right to seek reimbursement of this amount should it be determined that the disk errors originated on the disk provided to us and were not caused through any fault of our own.

Regards,

Erin

**Erin R. Yoshino**
Sedgwick LLP
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

---

**From:** Cotkin, Joan M. [mailto:jcotkin@nossaman.com]
**Sent:** Thursday, May 31, 2012 9:37 AM
**To:** Yoshino, Erin; Harrison, Brian
**Cc:** Okoniewski, Ivy A.; Hedayat, Kameran
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Spoke to our tech person who told me this will take time and will cost about $400 worth of his time--Upon your agreement to pay for the cost I will give him the "go ahead".

---

**From:** Yoshino, Erin [mailto:Erin.Yoshino@sedgwicklaw.com]
**Sent:** Wednesday, May 30, 2012 5:51 PM
**To:** Cotkin, Joan M.; Harrison, Brian
**Cc:** Okoniewski, Ivy A.; Hedayat, Kameran
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Joan,

Exhibit C Page 182

Our IT department has provided the FTP site link below where your tech person can upload the images file.  Once they log in with these credentials, they can simply drag and drop the entire file.  We understand that this process should take no more than 10 minutes.  Before you proceed, please let us know if you still intend to bill us for this procedure, as the disk provided to us was corrupted through no fault of our own and the time to copy the images should be de minimis.  Thanks very much.

FTP Address:     ftp://72.22.94.112/
User Name:       rbeard
Password:        s5Xi2ab

Regards,

Erin

**Erin R. Yoshino**
Sedgwick LLP
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

**From:** Cotkin, Joan M. [mailto:jcotkin@nossaman.com]
**Sent:** Wednesday, May 30, 2012 4:58 PM
**To:** Yoshino, Erin; Harrison, Brian
**Cc:** Okoniewski, Ivy A.; Hedayat, Kameran
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

I am told creating a second disk for you will cost about $100 in time billed--do you want to pay us for another disk?

**From:** Yoshino, Erin [mailto:Erin.Yoshino@sedgwicklaw.com]
**Sent:** Wednesday, May 30, 2012 4:15 PM
**To:** Harrison, Brian; Cotkin, Joan M.
**Cc:** Okoniewski, Ivy A.; Hedayat, Kameran
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Joan,

The files on the disk appear to be functioning when opened directly from the disk; however, we are having difficulty transferring the image files to our network—we receive the following error message:



Once this message appears, we are unable to continue copying the remaining image files.  If you could provide us with a new copy of just the image files, that would be great.  Thanks very much.

Regards,

Erin

**Erin R. Yoshino**
Sedgwick LLP
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

7/26/2012

Exhibit C Page 183

**From:** Harrison, Brian
**Sent:** Wednesday, May 30, 2012 3:35 PM
**To:** 'Cotkin, Joan M.'
**Cc:** Yoshino, Erin; 'Okoniewski, Ivy A.'; 'Hedayat, Kameran'
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Joan,

In light of your comments, we are conferring with our IT department and will be in touch.

---

**From:** Cotkin, Joan M. [mailto:jcotkin@nossaman.com]
**Sent:** Wednesday, May 30, 2012 3:25 PM
**To:** Yoshino, Erin; Okoniewski, Ivy A.; Hedayat, Kameran
**Cc:** Harrison, Brian
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Having received no response from you, we have now examined our duplicate disk to the one with which you claim to be having issues. Our disk is fine. Our tech person is happy to consult with yours for his hourly rate so that it is not at my client's expense. If you are willing to pay for our tech's time, please let me know. We are not required to solve your IT problems, and we produced these materials as you requested. My client should not have to incur further expense after producing this disk to you.

---

**From:** Cotkin, Joan M.
**Sent:** Wednesday, May 30, 2012 2:37 PM
**To:** 'Yoshino, Erin'; Okoniewski, Ivy A.; Hedayat, Kameran
**Cc:** Harrison, Brian
**Subject:** RE: Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Can you identify what "errors" and what "corruption" you claim were on the disk we delivered?

---

**From:** Yoshino, Erin [mailto:Erin.Yoshino@sedgwicklaw.com]
**Sent:** Wednesday, May 30, 2012 2:28 PM
**To:** Okoniewski, Ivy A.; Hedayat, Kameran
**Cc:** Cotkin, Joan M.; Harrison, Brian
**Subject:** Federal v. Aletheia: Sedgwick File No. 535-006577 | Claim No. 188427

Ivy and Kameran,

Our IT department reports that many of the files on the disk of documents you provided to us on or about May 22, 2012 contain errors or were corrupted; therefore, we have not been able to load the files into our Concordance database. Would you be able to provide us with a new disk of these documents? Also, if possible, our IT department has the following format requests, in order of preference:

1. That the data be delivered on one piece of media (for example, a DVD). If a second disk is necessary, it would be helpful to have each disk contain its own load files and images (as opposed to one disk with load files and one disk with images)
2. That the Concordance load files be in ASCII (standard text), as opposed to Unicode
3. That the OCR text be included in the Concordance load files
4. That the images not be zipped
5. That the volume in the image load file be left blank or match the folder

Please let us know if you have any questions, and thanks very much for your assistance with this matter.

Regards,

Exhibit C Page 184

Erin

**Erin R. Yoshino**
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

# Sedgwick LLP

*Our San Francisco office has moved. Please note the new address.*
*Phone and fax numbers remain the same.*

333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
415.781.7900 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and

7/26/2012

Exhibit C Page 185

cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

Exhibit C Page 186