# EXHIBIT D

## Okoniewski, Ivy A.

**From:** Hedayat, Kameran
**Sent:** Friday, June 08, 2012 2:49 PM
**To:** Cotkin, Joan M.
**Cc:** Okoniewski, Ivy A.
**Subject:** RE: Federal v Aletheia--MSJ under submission: Sedgwick File No. 535-006577

They do not have everything. We have only produced the non-confidential documents. There are folders that Ivy has identified that we held off producing due to confidentiality issues. The OMM documents that they have is only the non-confidential portion of the database.

---

**From:** Cotkin, Joan M.
**Sent:** Friday, June 08, 2012 2:45 PM
**To:** Hedayat, Kameran
**Subject:** FW: Federal v Aletheia--MSJ under submission: Sedgwick File No. 535-006577

Can you tell me what she is talking about? I thought they had everything but the duplicates

---

**From:** Yoshino, Erin [mailto:Erin.Yoshino@sedgwicklaw.com]
**Sent:** Friday, June 08, 2012 2:43 PM
**To:** Cotkin, Joan M.; Harrison, Brian
**Cc:** Hedayat, Kameran
**Subject:** RE: Federal v Aletheia--MSJ under submission: Sedgwick File No. 535-006577

Joan,

We successfully loaded the new disk of documents into Concordance—thanks very much. However, we note that the disk only contained 25,551 documents. We assume that they are the non-confidential documents from the OMM database; as such, we still await the production of approximately 30,000 confidential documents, as well as the third-party productions we previously identified (we understand that the last day for the producing parties to object was June 6, 2012). Also, as you are aware, Federal is preparing its own motion for summary judgment, and as such, we will need to review the Loeb & Loeb documents as soon as possible. We request that Aletheia produce all outstanding documents by the close of business on June 15, 2012. If this is not possible, please produce them as soon as is practicable and provide us with an estimated date of arrival. Thanks very much.

Regards,

Erin

**Erin R. Yoshino**
Sedgwick LLP
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

---

**From:** Cotkin, Joan M. [mailto:jcotkin@nossaman.com]
**Sent:** Wednesday, June 06, 2012 4:49 PM
**To:** Harrison, Brian
**Cc:** Yoshino, Erin; Hedayat, Kameran
**Subject:** Federal v Aletheia--MSJ under submission

My understanding is that the duplicate disk you requested is now at your office (along with our bill at $100).- This now leaves only a **duplicate set** of some 200k or so documents we received in hard drive form from Loeb (who you recall was the initial counsel for Aletheia and who provided those same

documents to OMM who produced them to us and <u>which we, in turn, produced to you</u> at very considerable expense. Our vendor costs were more than $22,000 and our own time much more.

We propose waiting to produce to you this **duplicate set** because to do so it would entail man-hours and vendor expense to OCR and we know they are duplicates of what you already have --(apparently the ONLY difference is that Loeb divided up the documents differently in their data base).  Since the MSJ is under submission, we propose saving our client the additional thousands of dollars (in formatting time) and your client the additional thousands of dollars (in review time) by at least waiting until the Court rules before providing the duplicate Loeb set.

**Joan M. Cotkin**
Attorney at Law
NOSSAMAN LLP
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
jcotkin@nossaman.com
T 213.612.7800   F 213.612.7801
D 213.612.7828



SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

```
The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.
```

7/26/2012