# EXHIBIT E

## Okoniewski, Ivy A.

| | |
|---|---|
| **From:** | Cotkin, Joan M. |
| **Sent:** | Monday, June 11, 2012 2:17 PM |
| **To:** | 'Yoshino, Erin'; Harrison, Brian |
| **Cc:** | Hedayat, Kameran; Okoniewski, Ivy A. |
| **Subject:** | Production volume, timing and costs |

**Importance:** High

**As promised, we can affirm that the total number of remaining documents you are asking us to produce are as follows:**

**Loeb Production Database:**
26,508 docs/57,110 pages --<u>These are entirely duplicative of the prior OMM production--None are relevant to any claims</u>

**OMM Production Database**: (Excluding what we have already produced)
32, 321 docs/228,018 pages --<u>These are Confidential documents none of which are in any fashion relevant to any claims</u>

**ARM Combo Database**:
1,582 docs/11,088 pages --<u>These are the Third Party subpoena records you told us you wanted --None are relevant to any claims</u>

As also promised, here is our estimate of the total amount remaining for the Confidential documents, the duplicate documents and the Third Party documents (the six you identified out of 39) and the cost of production:

**TOTAL ESTIMATED DOC AND PAGE COUNT FOR PRODUCTION:**
**60,411 Documents / 296,216 pages**

COST
- The cost for OCR will be $3000.00.
- we will need 10 hours of technical time to get the production ready. The cost for this time will be $1,900

Therefore a good estimate for cost of producing these docs will be **$5000.00**

TIME
From the time that we get the ok from you it will take at least 1 week to get the data ready to produce.

WHILE WE PRESERVE OUR OBJECTIONS TO RELEVANCY, we are willing to produce these subject to the Confidentiality Order, and the claw-back agreement (as to those documents to which Old West or Boskovich may object) <u>at Federal's expense.</u>

PLEASE CONFIRM if you want to spend about $5000 to secure these documents which we will produce under protest, but only at your expense. As you know our motion for summary judgment has been under submission since 5/30/12 and none of these documents have even remote relevance to that motion.

We suggest again you may want to save your client the costs of obtaining and reviewing all these irrelevant documents.

7/26/2012

Exhibit E Page 189

**Joan M. Cotkin**
Attorney at Law
NOSSAMAN LLP
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
jcotkin@nossaman.com
T 213.612.7800   F 213.612.7801
D 213.612.7828

 | SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.