Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:  213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>            Defendant. | Case No:  CV 11-08920 RGK (PLAx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING DEFENDANT ALETHEIA RESEARCH AND MANAGEMENT, INC.'S MOTION FOR ORDER AWARDING COSTS UNDER 28 USC § 1920** |

427236_1.DOC

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Defendant Aletheia Research & Management, Inc. hereby lodges its [PROPOSED] ORDER GRANTING DEFENDANT ALETHEIA RESEARCH & MANAGEMENT, INC.'S MOTION FOR ORDER AWARDING COSTS UNDER 28 USC § 1920, attached hereto.

Respectfully submitted

Dated: August 3, 2012                NOSSAMAN, LLP


By_____/s/_____
    JOAN M. COTKIN
    Attorneys for Defendant ALETHEIA
    RESEARCH AND MANAGEMENT INC.