Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Terry C. Leuin (CA 105968)
tleuin@nossaman.com
Nossaman LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:  213.612.7801

Attorneys for Defendant
ALETHEIA RESEARCH AND MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>   Defendant. | Case No:  CV 11-08920 RGK (PLAx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ALETHEIA RESEARCH & MANAGEMENT, INC.'S MOTION FOR ORDER AWARDING COSTS UNDER 28 USC § 1920** |

   On June 19, 2012, this Court issued its Order re Defendant's Motion for Summary Judgment, in chambers and under seal, granting Defendant Aletheia Research & Management, Inc ("Aletheia")'s Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 (a).  The Court entered Judgment for Aletheia against Plaintiff Federal Insurance Company ("Federal") on the Federal's Complaint, and ordered that Aletheia was to recover its costs as the prevailing party.  On July 5, 2012, Defendant submitted its Notice of Application and proposed Bill of Costs for award of $23,359.70.  Following Federal's

427220_1.DOC

submission of objections and Aletheia's Reply, the Court awarded Aletheia only $649.60 on July 23, 2010. On August 2, 2012, Aletheia filed its Notice of Motion and Motion for Order Awarding Costs under 28 U.S.C. § 1920, seeking reimbursement for e-discovery and messenger costs totaling $22,710.10.

In light of the foregoing, the Court hereby finds the costs requested by Aletheia are appropriate and grants the request within Aletheia's Motion for Order Awarding Costs under 28 U.S.C. § 1920 for $22,710.10 in full, in addition to the previously awarded $649.60.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: SEPTEMBER __, 2012

_____
HON. JUDGE R. GARY KLAUSNER