SEDGWICK LLP
MARTIN J. O'LEARY  Bar No. 106546
BRIAN D. HARRISON  Bar No. 157123
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email: *martin.o'leary@sedgwicklaw.com*
       *brian.harrison@sedgwicklaw.com*

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>        Defendant. | CASE NO. CV 11-08920 RGK (PLAx)<br><br>DECLARATION OF BRIAN D. HARRISON IN SUPPORT OF FEDERAL INSURANCE COMPANY'S OPPOSITION TO ALETHEIA RESEARCH & MANAGEMENT, INC.'S MOTION FOR ORDER AWARDING COSTS UNDER 28 U.S.C. § 1920<br><br>Date:   September 10, 2012<br>Time:   9:00 am<br>Dept.:  850<br>Judge:  Hon. R. Gary Klausner |

I, Brian D. Harrison, declare as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and in the Central District of California.  I am a partner with the law firm of Sedgwick LLP, attorneys of record for Plaintiff Federal Insurance Company ("Federal").

2. I am one of the attorneys responsible for the handling of this file and, in this capacity, have personal knowledge of the facts set forth in this declaration. If called as a witness, I would testify as set forth herein.

3. This declaration is made in support of Plaintiff Federal Insurance Company's Opposition to Aletheia Research & Management, Inc.'s Motion for an Order Awarding Costs Under 28 U.S.C. §1920.

4. Aletheia's counsel has not conferred with my office regarding the merits of the instant motion.

5. Aletheia's Notice of Motion and Memorandum of Points and Authorities state that the Court's deputy clerk conveyed to Federal Aletheia's intent to move for costs not granted in the Bill of Costs (ECF No. 140, 2:13–17 (Notice of Motion), 1:12–16 (Memorandum of Points and Authorities)); however, my office was not so informed.

6. Attached hereto as **Exhibit A** is an email chain from April 5, 2012 to April 6, 2012, between myself, Ms. Cotkin, Erin Yoshino, Ivy Okoniewski, Kameran Hedayat, Chris Acosta, and Harleen Kaur.

7. Attached hereto as **Exhibit B** is an email from May 7, 2012, from Ms. Okoniewski to myself and Ms. Yoshino.

8. Attached hereto as **Exhibit C** is an email chain from June 11, 2012 to June 19, 2012, between myself, Ms. Cotkin, Erin Yoshino, Ivy Okoniewski, and Kameran Hedayat.

9. I declare under penalty of perjury under 28 USC § 1746 that the foregoing is true and correct, and that this declaration was executed on this 20th day of August, 2012, in San Francisco, California.

                                              s/ Brian D. Harrison
                                              Brian D. Harrison

# EXHIBIT A

**Yoshino, Erin**

| | |
|---|---|
| **From:** | Yoshino, Erin |
| **Sent:** | Friday, April 06, 2012 12:47 PM |
| **To:** | Okoniewski, Ivy A.; Harrison, Brian |
| **Cc:** | Cotkin, Joan M.; Hedayat, Kameran; Acosta, Chris; Kaur, Harleen |
| **Subject:** | RE: Recap of Aletheia Production Phone Call |

Ivy,

Thank you for speaking with me yesterday. Your correspondence below conforms with my understanding of our discussion, although we were wondering if you could provide us with an estimated production date for the OMM hard drive documents and the Loeb & Loeb documents. Thanks very much.

Regards,

Erin

**Erin R. Yoshino**
Sedgwick LLP
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

---

**From:** Okoniewski, Ivy A. [mailto:iokoniewski@nossaman.com]
**Sent:** Thursday, April 05, 2012 11:18 AM
**To:** Yoshino, Erin; Harrison, Brian
**Cc:** Cotkin, Joan M.; Hedayat, Kameran; Acosta, Chris; Kaur, Harleen
**Subject:** Recap of Aletheia Production Phone Call

Hi Erin- I just wanted to recap some points from this morning's phone call regarding the Federal/Aletheia matter.

- We are near our first production of 618 documents that were sent from O'Melveny & Myers ("OMM"), the firm that represented Aletheia in the underlying suit, Boskovich v. Aletheia.

-We informed you we are receiving productions from Aletheia's prior counsel, Loeb & Loeb and OMM, in waves. Besides the 618 documents, OMM has provided us with a production from a hard drive of about 57,000 documents. OMM is also scheduled to be deliver more documents to us tomorrow. Loeb & Loeb provided us with approximately 19,000 documents. Given the large size and number of productions we have received, producing the documents all at once would significantly the date at which you would receive the production.

-You stated that it is acceptable for us to send you the production in Concordance files on a cd or dvd and sent it to Sedgwick's Bush Street address in San Francisco care of you or Brian Harrison.

-We informed you that we did not receive native files from Aletheia's prior counsel, and therefore will not be producing native file documents.

-We informed you that we will be passing along the metadata that we receive, but that the current productions we have from OMM show very little metadata. Specifically, OMM included only the "begdoc" and "enddoc" metadata fields.

-We informed you that the manner in which OMM OCRed the production it sent to Nossaman LLP was incomplete. We are going to re-OCR the documents for your use.

-We confirmed that you will be able to see images of the documents we produce in Concordance format.

Please let us know if you have any additional clarifications to the above. Thank you.

**Ivy A. Okoniewski**
Attorney at Law

1

**3**                                                                                                          **EXHIBIT A**

NOSSAMAN LLP
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
iokoniewski@nossaman.com
T 213.612.7800   F 213.612.7801
D 213.612.7813



SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

# EXHIBIT B

# Yoshino, Erin

| | |
|---|---|
| **From:** | Okoniewski, Ivy A. [iokoniewski@nossaman.com] |
| **Sent:** | Monday, May 07, 2012 11:58 AM |
| **To:** | Harrison, Brian; Yoshino, Erin |
| **Subject:** | Federal/Aletheia: Phone conference today? |

Hello-

In efforts to get you our production in the *Federal v. Aletheia* matter as expeditiously as possible, we were wondering if you would be amenable to a claw back agreement. We've discovered additional OCR problems that would necessitate a time-intensive individual review of 25,000 documents. However, if we had a claw back agreement we could produce the documents much sooner. Are you free for a phone conference today?

Many thanks,

**Ivy A. Okoniewski**
Attorney at Law
NOSSAMAN LLP
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
iokoniewski@nossaman.com
T 213.612.7800   F 213.612.7801
D 213.612.7813



SUBSCRIBE TO E-ALERTS
nossaman.com


PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

# EXHIBIT C

**Yoshino, Erin**

| | |
|---|---|
| **From:** | Yoshino, Erin |
| **Sent:** | Tuesday, June 19, 2012 12:24 PM |
| **To:** | Cotkin, Joan M.; Harrison, Brian |
| **Cc:** | Hedayat, Kameran; Okoniewski, Ivy A. |
| **Subject:** | RE: Production volume, timing and costs: Sedgwick File No. 535-006577 |

Joan,

Our IT department has provided the FTP site link below where your tech person can save the load and image files. Once they log in with these credentials, they can simply drag and drop the files. Please send us an invoice for your tech person's time; if it appears that they will exceed 4 hours in billed time, please notify us in advance.

FTP Address:   ftp://72.22.94.112/
User Name:     ■■■
Password:      ■■■

Regards,

Erin

**Erin R. Yoshino**
Sedgwick LLP
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

---

**From:** Cotkin, Joan M. [mailto:jcotkin@nossaman.com]
**Sent:** Friday, June 15, 2012 10:35 AM
**To:** Yoshino, Erin; Harrison, Brian
**Cc:** Hedayat, Kameran; Okoniewski, Ivy A.
**Subject:** RE: Production volume, timing and costs: Sedgwick File No. 535-006577
**Importance:** High

Per your request, our tech has proposed to export the docs with load and image files only, no OCR, from the database and put them on a ftp site for Sedgwick to download. You will then need to OCR the documents at your end, which is a less expensive alternative and will take our tech about 4 hours which will put the cost at $760.00.

If you decide you do want OCR, then our initial $5000.00 estimate still stands minus the Loeb production which will put the cost around $4500.00. Please let us know. Thanks

---

**From:** Yoshino, Erin [mailto:Erin.Yoshino@sedgwicklaw.com]
**Sent:** Thursday, June 14, 2012 10:26 AM
**To:** Cotkin, Joan M.; Harrison, Brian
**Cc:** Hedayat, Kameran; Okoniewski, Ivy A.
**Subject:** RE: Production volume, timing and costs: Sedgwick File No. 535-006577

Joan,

We will agree to hold off on the production of the "duplicate" Loeb & Loeb database at this time; however, Federal reserves the right to seek production of these documents at a later date. As to the remaining documents (the OMM Production Database and the ARM Combo Database), please advise as to the documents' current file format (for example, tif images and load files, PDFs, etc.). With respect to your relevancy objections, we note that Federal has requested Rule 56(d) relief in regards to Aletheia's motion for summary judgment and is preparing its own motion for summary judgment; therefore, the production of these documents is not moot, as you contend. Further, we respectfully submit that while you may not think the outstanding documents are relevant to any of Aletheia's claims, Federal is entitled to determine what is and is not relevant to its own claims and defenses.

1

Lastly, the $100 Nossaman invoice for the duplicate disk has been processed for payment—you should receive it shortly, if it has not already been received.

Regards,

Erin

**Erin R. Yoshino**
Sedgwick LLP
erin.yoshino@sedgwicklaw.com | 415.627.1581 *direct*

---

**From:** Cotkin, Joan M. [mailto:jcotkin@nossaman.com]
**Sent:** Monday, June 11, 2012 2:17 PM
**To:** Yoshino, Erin; Harrison, Brian
**Cc:** Hedayat, Kameran; Okoniewski, Ivy A.
**Subject:** Production volume, timing and costs
**Importance:** High

**As promised, we can affirm that the total number of remaining documents you are asking us to produce are as follows:**

**Loeb Production Database**:
26,508 docs/57,110 pages --<u>These are entirely duplicative of the prior OMM production--None are relevant to any claims</u>

**OMM Production Database**: (Excluding what we have already produced)
32, 321 docs/228,018 pages --<u>These are Confidential documents none of which are in any fashion relevant to any claims</u>

**ARM Combo Database**:
1,582 docs/11,088 pages --<u>These are the Third Party subpoena records you told us you wanted --None are relevant to any claims</u>

As also promised, here is our estimate of the total amount remaining for the Confidential documents, the duplicate documents and the Third Party documents (the six you identified out of 39) and the cost of production:

**TOTAL ESTIMATED DOC AND PAGE COUNT FOR PRODUCTION**:
**60,411 Documents / 296,216 pages**


COST
-  The cost for OCR will be $3000.00.
- we will need 10 hours of technical time to get the production ready. The cost for this time will be $1,900

Therefore a good estimate for cost of producing these docs will be **$5000.00**

TIME
From the time that we get the ok from you it will take at least 1 week to get the data ready to produce.


WHILE WE PRESERVE OUR OBJECTIONS TO RELEVANCY, we are willing to produce these subject to the Confidentiality Order, and the claw-back agreement (as to those documents to which Old West or Boskovich may object) <u>at Federal's expense</u>.

PLEASE CONFIRM if you want to spend about $5000 to secure these documents which we will produce under protest, but only at your expense.  As you know our motion for summary judgment has been under submission since 5/30/12 and none of these documents have even remote relevance to that motion.

We suggest again you may want to save your client the costs of obtaining and reviewing all these irrelevant documents.

**Joan M. Cotkin**
Attorney at Law
NOSSAMAN LLP
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
jcotkin@nossaman.com
T 213.612.7800   F 213.612.7801
D 213.612.7828



SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

_____

```
The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.
```